| | |
|---|---|
| 1 | Michael A. Maxey Jr. (SBN 221732) |
| 2 | HEALTHSOURCE GLOBAL STAFFING, A CALIFORNIA CORPORATION |
| 3 | 39270 Paseo Padre Parkway, #138 |
| 4 | Fremont, CA 94538 |
|   | Telephone: (800) 458-8973, ext. 2315 |
|   | Facsimile: (866) 908-2916 |
|   | MichaelM@HealthSourceGlobal.com |

*Attorney for Defendant HealthSource Global Staffing, a California Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce McCray-Key, individually, and on behalf of other similarly situated persons,, | Civil Action, File No.: 4:14-cv-02122-JWS |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: ATTACHMENT NO. 1 to DOCKET ITEM NO. 5** |
| vs. | AND ORDER THEREON |
| Healthsource Global Staffing, and Does 1 through 100, | Class Action |
| Defendants. | Date: August 1, 2014 |
| | Time: 9:00 a.m. |
| | Courtroom: Courtroom 5, 2nd Floor |
| | Electronic Court Filing |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Healthsource Global Staffing, a California Corporation ("HealthSource") submits this Motion to Remove Incorrectly Filed Declaration Of Michael A. Maxey Jr. In Support Of Petition And [Proposed] Order To Compel Arbitration And Dismiss Entire Action ("Maxey Declaration"), Attachment No. [1] to Docket No. [5]. When electronically filed, counsel inadvertently included confidential information in Exhibit 9 in the public version of the filed copy of the declaration.

After discovering the error, counsel called the ECF Help Desk and put a temporary lock

on the document. Defense counsel has redacted the confidential information and refiled the corrected Maxey Declaration.

Accordingly, Defendant requests that Attachment No. 1 to the Docket Item No. 5 be permanently deleted from the docket.

Respectfully submitted,

Dated: June 13, 2014

                          HEALTHSOURCE GLOBAL STAFFING,
                          A CALIFORNIA CORPORATION

                          By:   /S/ MICHAEL MAXEY
                                Michael A. Maxey Jr., Attorney for Petitioner
                                39270 Paseo Padre Parkway, 138
                                Fremont, CA  94538

The motion is GRANTED. However, the parties are reminded that when they seek relief from the Court they must electronically file a proposed order.
Defendant has not yet re-noticed the motion to compel arbitration and to dismiss on this Court's calendar. (See Docket No. 9.) Defendant shall re-notice the motion by no later than June 20, 2014 on an open and available date on this Court's calendar, or the Court shall strike the motion.
June 13, 2014

*Jeffrey S. White*

-2-
DEFENDANT'S NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:
ATTACHMENT NO. 1 to DOCKET ITEM NO. 5                         4:14-cv-02122-JWS