IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOYCE MCCRAY-KEY,

    Plaintiff,

v.

HEALTHSOURCE GLOBAL STAFFING,

    Defendant.

        No. C 14-02122 JSW

**ORDER TO SHOW CAUSE**

    On May 15, 2014, Defendant filed a motion to compel arbitration, which had been noticed for a hearing before Magistrate Judge Cousins on June 18, 2014. On May 19, 2014, the case was reassigned to the undersigned Judge, and Defendant re-noticed the motion for August 1, 2014. Local Rule 7-7(d) provides that "[u]nless otherwise ordered by the Court, the continuance of the hearing of a motion does not extend the time for filing and serving the opposing papers or reply papers." In addition, under Civil Local Rule 7-3(a), "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum."

    Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition to the motion was due on May 29, 2014. Plaintiff filed her opposition on June 27, 2014. Plaintiff did not file an opposition to the motion within the time required by Local Rule 7-3(a), the Court did not extend the time to file such an opposition, and the parties did not submit a stipulated request to the Court asking for an extension of the briefing schedule. Plaintiff also filed separate objections to evidence submitted in support of Defendant's motion to compel.

1  Plaintiff is HEREBY ORDERED to show cause as to why the Court should not strike
2  her brief and why it should not strike the separately filed objections to evidence based on the
3  failure to comply with Local Rule 7-3(a).  Plaintiff's response to this Order to Show Cause shall
4  be due on July 7, 2014.  If Plaintiff seeks leave to file an amended brief, she shall submit a copy
5  of that brief with her response to the Order to Show Cause.

6  The Court shall extend the Defendant's time to file a reply brief pending receipt of
7  Plaintiff's response to this Order to Show Cause.

8  **IT IS SO ORDERED.**

9  Dated: June 30, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2