IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOYCE MCCRAY-KEY,

    Plaintiff,

v.

HEALTHSOURCE GLOBAL STAFFING,

    Defendant.

No. C 14-02122 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received and considered Plaintiff's response to the Order to Show Cause, and it HEREBY DISCHARGES that Order. Plaintiff has filed an amended opposition that incorporates her objections, and the Court shall accept that brief. Accordingly, Plaintiff shall file her amended brief by no later than 5:00 p.m. on July 2, 2014. Defendant shall file its reply brief by no later than July 9, 2014. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

    **IT IS SO ORDERED.**

Dated: July 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE