PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:	(818) 883-4900
Fax:	(818) 883-4902
Email:	peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:	(213) 599-8255
Fax:	(213) 402-3949
Email:	lonnieblanchard@gmail.com

Attorneys for Plaintiff Joyce McCray-Key

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce McCray-Key, individually and on behalf of other similarly situated persons,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>Healthsource Global Staffing, and Does 1 through 100,<br><br>　　Defendants. | **Case No. 14-CV-02122-JSW**<br>**(CLASS ACTION)**<br><br>**[Proposed] Order on Stipulation to Reschedule Case Management Conference** |

Based on the Stipulation of the parties and good cause appearing, it is hereby ordered that the Case Management Conference originally scheduled for August 8, 2014 is continued to August 15, 2014.

Dated: July 11, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**Order on Stipulation to Reschedule Case Management Conference**

1