IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOYCE MCCRAY-KEY,

    Plaintiff,

v.

HEALTHSOURCE GLOBAL STAFFING,

    Defendant.
_____/

No. C 14-02122 JSW

**ORDER RE DEFENDANT'S SUPPLEMENTAL BRIEF**

On August 1, 2014, Defendant filed its supplemental brief regarding the pending motion to compel arbitration. However, Defendant's brief contains multiple references to a person other than Plaintiff. Accordingly, Defendant is HEREBY ORDERED correcting that error by no later than 1:00 p.m. on Tuesday, August 5, 2014. The Court shall extend all previous deadlines by one day. The hearing remains on calendar on August 29, 2014, unless the Court finds the motion suitable for disposition on the papers.

**IT IS SO ORDERED.**

Dated: August 4, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE